BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

RITA F. LIN (CABN 236220)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6511
    FAX: (415) 436-7234
    Rita.Lin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-00150 HSG |
|     Plaintiff, | STIPULATION AND ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
|   v. | |
| DAVID LAGUE, | |
|     Defendant. | |

      Defendant David Lague, his counsel James Reilly, and the government, represented by Assistant United States Attorney Rita Lin, (collectively, the "parties") stipulate as follows:

      On August 25, 2017, at 3:00 p.m., the parties appeared for a status conference and trial-setting. Based on the conflicting trial schedule of defense counsel as detailed in the declaration submitted by Mr. Reilly, trial was set for January 8, 2018. The parties agreed to the exclusion of time pursuant to the Speedy Trial Act from August 25, 2017, to January 8, 2018, to allow continuity of counsel and effective preparation of counsel.

      IT IS SO STIPULATED.

BRIAN J. STRETCH
United States Attorney

Dated: August 29, 2017                        _____/s/_____

RITA F. LIN
Assistant United States Attorney


Dated: August 29, 2017                        _____/s/_____

JAMES REILLY
Attorney for Defendant David Lague


ORDER

Based on the parties' stipulation and their statements at the status conference on August 25, 2017, the Court finds that the ends of justice served by excluding the period from August 25, 2017, to January 8, 2018, from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for continuity of defense counsel and allowing the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). With the consent of defendant David Lague, the period from August 25, 2017, inclusive of that date, through and including January 8, 2018, is excluded from the Speedy Trial Act calculations for effective preparation of counsel, pursuant to 18 U.S.C. § § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.


DATED: August 29, 2017

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge