UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>　　　　Plaintiff,<br>　　v.<br>DAVID LAGUE,<br>　　　　Defendant. | Case No.17-cr-00150-HSG-1<br><br>**PROPOSED VERDICT FORM** |

We, the Jury in the above-captioned case, present the following unanimous verdict:

## Patient S.L.

1. Has the government proven the defendant guilty beyond a reasonable doubt of distributing the controlled substances listed below to patient S.L., on the dates listed below, in violation of 21 U.S.C. § 841(a)(1), as charged in the Second Superseding Indictment?

| Count | Date | Controlled Substance | Guilty / Not Guilty (circle one) |
|---|---|---|---|
| 1 | 10/13/16 | oxycodone | GUILTY / NOT GUILTY |
| 2 | 12/12/16 | oxycodone | GUILTY / NOT GUILTY |

Go to the next page.

## **Patient D.L.**

2. Has the government proven the defendant guilty beyond a reasonable doubt of distributing the controlled substances listed below to patient D.L., on the dates listed below, in violation of 21 U.S.C. § 841(a)(1), as charged in the Second Superseding Indictment?

| Count | Date | Controlled Substance | Guilty / Not Guilty (circle one) |
|---|---|---|---|
| 3 | 1/6/15 | oxycodone | GUILTY / NOT GUILTY |
| 10 | 1/6/15 | oxymorphone | GUILTY / NOT GUILTY |
| 13 | 1/6/15 | methadone | GUILTY / NOT GUILTY |
| 21 | 1/6/15 | amphetamine | GUILTY / NOT GUILTY |
| 4 | 10/25/16 | oxycodone | GUILTY / NOT GUILTY |
| 11 | 10/25/16 | oxymorphone | GUILTY / NOT GUILTY |
| 14 | 10/25/16 | methadone | GUILTY / NOT GUILTY |
| 22 | 10/25/16 | amphetamine | GUILTY / NOT GUILTY |
| 5 | 11/29/16 | oxycodone | GUILTY / NOT GUILTY |
| 12 | 11/29/16 | oxymorphone | GUILTY / NOT GUILTY |
| 15 | 11/29/16 | methadone | GUILTY / NOT GUILTY |
| 23 | 11/29/16 | amphetamine | GUILTY / NOT GUILTY |
| 24 | 10/6/16 | Clonazepam | GUILTY / NOT GUILTY |

Go to the next page.

**Patient K.O.**

3. Has the government proven the defendant guilty beyond a reasonable doubt of distributing the controlled substances listed below to patient K.O., on the dates listed below, in violation of 21 U.S.C. § 841(a)(1), as charged in the Second Superseding Indictment?

| Count | Date | Controlled Substance | Guilty / Not Guilty (circle one) |
|---|---|---|---|
| 6 | 6/18/15 | oxycodone | GUILTY / NOT GUILTY |
| 37 | 6/18/15 | hydrocodone | GUILTY / NOT GUILTY |
| 7 | 9/19/16 | oxycodone | GUILTY / NOT GUILTY |
| 20 | 9/19/16 | methadone | GUILTY / NOT GUILTY |
| 38 | 9/19/16 | hydrocodone | GUILTY / NOT GUILTY |
| 39 | 9/19/16 | alprazolam | GUILTY / NOT GUILTY |
| 40 | 9/19/16 | carisoprodol | GUILTY / NOT GUILTY |

Go to the next page.

### Patient J.F.

4. Has the government proven the defendant guilty beyond a reasonable doubt of distributing the controlled substances listed below to patient J.F., on the dates listed below, in violation of 21 U.S.C. § 841(a)(1), as charged in the Second Superseding Indictment?

| Count | Date | Controlled Substance | Guilty / Not Guilty (circle one) |
|---|---|---|---|
| 8 | 12/18/14 | oxycodone | GUILTY / NOT GUILTY |
| 9 | 12/1/15 | oxycodone | GUILTY / NOT GUILTY |

Go to the next page.

**Patient M.C.M.**

5. Has the government proven the defendant guilty beyond a reasonable doubt of distributing the controlled substances listed below to patient M.C.M., on the dates listed below, in violation of 21 U.S.C. § 841(a)(1), as charged in the Second Superseding Indictment?

| Count | Date | Controlled Substance | Guilty / Not Guilty (circle one) |
|---|---|---|---|
| 25 | 2/23/15 | fentanyl | GUILTY / NOT GUILTY |
| 17 | 3/2/15 | methadone | GUILTY / NOT GUILTY |
| 31 | 3/2/15 | hydromorphone | GUILTY / NOT GUILTY |
| 34 | 3/2/15 | morphine | GUILTY / NOT GUILTY |
| 26 | 5/1/15 | fentanyl | GUILTY / NOT GUILTY |
| 18 | 5/8/15 | methadone | GUILTY / NOT GUILTY |
| 27 | 5/8/15 | fentanyl | GUILTY / NOT GUILTY |
| 32 | 5/8/15 | hydromorphone | GUILTY / NOT GUILTY |
| 35 | 5/8/15 | morphine | GUILTY / NOT GUILTY |
| 28 | 5/26/15 | fentanyl | GUILTY / NOT GUILTY |
| 29 | 1/7/16 | fentanyl | GUILTY / NOT GUILTY |
| 30 | 1/7/16 | fentanyl | GUILTY / NOT GUILTY |
| 19 | 1/8/16 | methadone | GUILTY / NOT GUILTY |
| 33 | 1/8/16 | hydromorphone | GUILTY / NOT GUILTY |
| 36 | 1/8/16 | morphine | GUILTY / NOT GUILTY |

Go to the next page.

6. Has the government proven the defendant guilty beyond a reasonable doubt of conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349, as charged in Count Forty-One of the Second Superseding Indictment?

        GUILTY        (circle one)        NOT GUILTY

Go to the next page.

7. Has the government proven the defendant guilty beyond a reasonable doubt of health care fraud, in violation of 18 U.S.C. § 1347, on the dates listed below, as charged in Counts Forty-Two through Forty-Seven of the Second Superseding Indictment?

| Count | Date | Controlled Substance | Guilty / Not Guilty (circle one) |
|---|---|---|---|
| 42 | 3/2/15 | fentanyl | GUILTY / NOT GUILTY |
| 43 | 5/1/15 | fentanyl | GUILTY / NOT GUILTY |
| 44 | 5/8/15 | fentanyl | GUILTY / NOT GUILTY |
| 45 | 5/28/15 | fentanyl | GUILTY / NOT GUILTY |
| 46 | 1/7/16 | fentanyl | GUILTY / NOT GUILTY |
| 47 | 1/14/16 | fentanyl | GUILTY / NOT GUILTY |

Dated: _____, in Oakland, California.


_____

Jury Foreperson